# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **NONA HOLIDAY** | § | **Docket No. 2:23-cv-04475** |
| | § | |
| | § | |
| **VERSUS** | § | **Judge: CARL J. BARBIER** |
| | § | |
| | § | |
| **ALLSTATE INSURANCE COMPANY** | § | **Magistrate Judge: MICHAEL** |
| | § | **NORTH** |
| | § | |

## JOINT MOTIONTO DISMISS WITHOUT PREJUDICE

NOW INTO COURT, comes both Plaintiff and Defendant, through undersigned counsel, and respectfully request this Honorable Court to grant its Joint Motion to Dismiss Without Prejudice for the reasons set forth below.

1. Plaintiff, Nona Holiday , initially signed a contract of representation with McKinney, Mosley and Associates (hereinafter "MMA");

2. As this Court is well aware, MMA was subsequently removed from representation in all cases involving Hurricane Ida;

3. The file was referred to the Galindo Law Firm for further handling and Galindo Law firm attempted to contact, without success, Plaintiff;

4. On August 26, 2023, in an abundance of caution and in order to preserve Plaintiff's rights, Galindo Law Firm filed a complaint to avoid any issue of liberative prescription in the matter;

5.   Subsequently, Plaintiff informed Plaintiff's counsel that they did not wish to pursue this

claim;

Accordingly, upon due consideration of the facts and law, Plaintiff and Defendant wish

to file Dismissal without Prejudice as agreed upon.

**WHEREFORE,** undersigned counsel respectfully requests this Honorable Court

GRANT this Joint Motion and enter an order dismissing the above-referenced claim without

prejudice.

Respectfully Submitted,

_/s/ James L. Donovan, Jr._
James L. Donovan, Jr (1337)
Donovan & Lawler, APLC
4640 Rye Street
Metairie, LA 70006
Telephone: (504) 454-6808
Facsimile: (504) 887-5885
Email:
jdonovan@donavanlawler.com
**ATTORNEYS FOR DEFENDANT**

/s/ Mark Ladd
MARK LADD (30847)
GALINDO LAW FIRM
3850 North Causeway Blvd.
Ste. 1520
Metairie, Louisiana 70002
Ph. 713-228-3030
Fax 713-228-3003
Email:hurricane@galindolaw.com
**ATTORNEYS FOR PLAINTIFF**